CLOSED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:18-mj-01694-DUTY All Defendants

Case title: USA v. Man

Date Filed: 06/29/2018
Date Terminated: 07/30/2018

Assigned to: Duty Magistrate Judge

### Defendant (1)

**Markara Man**
*TERMINATED: 07/30/2018*

represented by **Edward M Robinson**
Edward M. Robinson A Professional Law Corporation
21515 Hawthorne Boulevard Suite 730
Torrance, CA 90503
310-316-9333
Fax: 310-316-6442
Email: eroblaw@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Erin M Murphy**
Federal Public Defenders Office
321 East 2nd Street
Los Angeles, CA 90012
213-894-5310
Fax: 213-894-0081
Email: erin_murphy@fd.org
*TERMINATED: 07/10/2018*
*LEAD ATTORNEY*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**

**Disposition**

None

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| Defendant in violation of 18:115(a)(1)(A) | |

**Plaintiff**

USA        represented by    **US Attorney's Office**
AUSA - Office of US Attorney
Criminal Div - US Courthouse
312 N Spring St, 12th Floor
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 06/29/2018 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Markara Man, originating in the Eastern District of Virginia. Defendant charged in violation of: 18:115(a)(1)(A). Signed by agent Clint Wilmsen, FBI, Special Agent. (ja) (Entered: 07/05/2018) |
| 06/29/2018 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Markara Man; defendant's Year of Birth: 1985; date of arrest: 6/29/2018 (ja) (Entered: 07/05/2018) |
| 06/29/2018 | 3 | Defendant Markara Man arrested on warrant issued by the USDC Eastern District of Virginia at Alexandria. (Attachments: # 1 Charging Document)(ja) (Entered: 07/05/2018) |
| 06/29/2018 | 5 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Charles F. Eick as to Defendant Markara Man Defendant arraigned and states true name is as charge. Attorney: Erin M Murphy for Markara Man, Deputy Federal Public Defender, present. Status Conference set on 7/27/18 at 9:30 am.m before Judge Eick Court Smart: 6/29/18. (mat) (Entered: 07/09/2018) |
| 06/29/2018 | 6 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Markara Man. (mat) (Entered: 07/09/2018) |
| | | |

| | | |
|---|---|---|
| 06/29/2018 | 7 | ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS filed by Defendant Markara Man (mat) (Entered: 07/09/2018) |
| 06/29/2018 | 8 | GOVERNMENT'S NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Markara Man (mat) (Entered: 07/09/2018) |
| 06/29/2018 | 9 | FINANCIAL AFFIDAVIT filed as to Defendant Markara Man. (Not for Public View pursuant to the E-Government Act of 2002) (mat) (Entered: 07/09/2018) |
| 06/29/2018 | 12 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Charles F. Eick as to Defendant Markara Man Defendant arraigned and states true name is as charge. Attorney: Erin M Murphy for Markara Man, Deputy Federal Public Defender, present. Status Conference set on 7/27/18 at 9:30 am.m before Judge Eick Court Smart: 6/29/18. Bail fixed $150,000. (mat) (mat) (Entered: 07/10/2018) |
| 07/05/2018 | 4 | REQUEST FOR APPROVAL OF SUBSTITUTION OF COUNSEL filed by Defendant Markara Man (Robinson, Edward) (Entered: 07/05/2018) |
| 07/05/2018 | 10 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Request for Approval of Substitution 4 . The following error(s) was/were found: (1) Proposed document was not submitted as separate attachment. Other error(s) with document(s): Please re-file and include proposed order. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (jp) (Entered: 07/10/2018) |
| 07/10/2018 | 11 | NOTICE of REQUEST FOR APPROVAL OF SUBSTITUTION OF COUNSEL filed by Defendant Markara Man (Attachments: # 1 Proposed Order)(Robinson, Edward) (Entered: 07/10/2018) |
| 07/10/2018 | 13 | ORDER by Magistrate Judge Jean P. Rosenbluth GRANTING Request for Approval of Substitution Attorney Edward M Robinson for Defendant Markara Man in place and stead of Attorney Erin M Murphy 4 , 11 . (jp) (Entered: 07/11/2018) |
| 07/13/2018 | 14 | MEMORANDUM FOR RELEASE ORDER AUTHORIZATION filed by PSA Officer as to Defendant Markara Man. (mhe) (Entered: 07/16/2018) |
| 07/19/2018 | 15 | MINUTES OF Status Conference held before Magistrate Judge Charles F. Eick as to Defendant Markara Man. Case called. Counsel make their appearances. The Court hears discussion. The Court Orders that the Metropolitan Detention Center is to provide defendant with a psychiatric/psychological examination. A written report regarding this examination is to be filed with the court under seal as soon as practicable, between now and 7/27/18. A copy of the report is to be transmitted to PSA, counsel for plaintiff and defendant. The bond is stayed nunc pro tunc from 7/13/18 to 7/27/18. Court Smart: Courtsmart. (sp) (Entered: 07/20/2018) |
| 07/19/2018 | 16 | ABSTRACT OF COURT PROCEEDING Issued by Magistrate Judge Charles |

| | | |
|---|---|---|
| | | F. Eick as to Markara Man. Ordered that the defendant be provided with psychiatric/psychological examination. (sp) (Entered: 07/20/2018) |
| 07/26/2018 | 17 | SEALED DOCUMENT. Defendant's psychological examination report. (sp) (Entered: 07/26/2018) |
| 07/27/2018 | 18 | WAIVER OF RIGHTS approved by Magistrate Judge Charles F. Eick as to Defendant Markara Man. (dg) (Entered: 07/30/2018) |
| 07/27/2018 | 19 | BOND AND CONDITIONS OF RELEASE filed as to Defendant Markara Man conditions of release: $150,000 AB approved by Magistrate Judge Jacqueline Chooljian. (dg) (Entered: 07/30/2018) |
| 07/27/2018 | 20 | AFFIDAVIT RE APPEARANCE BOND (CASH SECURITY) filed by the owner of the cash security as to Defendant Markara Man. (Not for Public View pursuant to the E-Government Act of 2002) (dg) (Entered: 07/30/2018) |
| 07/27/2018 | 21 | MINUTES OF Further Proceedings Re Out of District Case/Detention Hearing held before Magistrate Judge Charles F. Eick as to Defendant Markara Man. Court ORDERS defendant held to answer to Eastern District of Virginia. Bond to transfer if bail is posted. Defendant ordered to report on or before 9/24/18 at 10:30 AM in Clerk's Office. Other: The Court modifies bail to a $150,000 appearance bond with $150,000 cash deposit. All other conditions will remain as previously set. Court Smart: Courtsmart. (dg) (Entered: 08/06/2018) |
| 07/30/2018 | | Notice to Eastern District of Virginia of a Rule 5 or Rule 32 Initial Appearance as to Defendant Markara Man. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 21 Further Proceedings, Detention Hearing. The finance office will transmit the cash deposit. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (dg) (Entered: 08/06/2018) |

| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 08/07/2018 05:39:17 |||
| **PACER Login:** | sarahbartell:4903753:0 | **Client Code:** |
| **Description:** | Docket Report | **Search Criteria:** 2:18-mj-01694-DUTY End date: 8/7/2018 |
| **Billable Pages:** | 3 | **Cost:** 0.30 |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF | |
| v. | 18 MJ-1694 |
| Maikare Man    DEFENDANT. | **WAIVER OF RIGHTS**<br>**(OUT OF DISTRICT CASES)** |

FILED
U.S. DISTRICT COURT
JUL 27 2018
CENTRAL DISTRICT OF CALIFORNIA

I understand that charges are pending in the ___Eastern___ District of ___Virginia___
alleging violation of ___18 U.S.C. 115(a)(1)(A)___ and that I have been arrested in this district and
*(Title and Section / Probation / Supervised Release)*
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:
    (1)    have an identity hearing to determine whether I am the person named in the charges;
    (2)    arrival of process;

*-Check one only-*

☐    **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
    (3)    have a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
    (4)    request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐    **PROBATION OR SUPERVISED RELEASE CASES:**
    (3)    have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

☑    have an identity hearing
☑    arrival of process
☐    have a preliminary hearing
☐    have an identity hearing, and I have been informed that I have no right to a preliminary hearing
☐    have an identity hearing, but I request that a preliminary hearing be held in the prosecuting district.

_____
Defendant

_____
Defense Counsel

Date: ___7/27/18___

_____
United States Magistrate Judge

I have translated this Waiver to the defendant in the _____ language.

Date: _____        _____
                                                                          Interpreter(if required)

---

M-14 (09/09)                                   WAIVER OF RIGHTS (OUT OF DISTRICT CASES)

# UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

**Case Name:** United States of America v. _Markara Man_   **Case No.** 18 MJ 1694

☑ Defendant  ☐ Material Witness

**Violation of Title and Section:** _____

☐ Summons  ☐ Out of District  ☐ Under Seal  ☑ Modified Date: 7/27/18

*Check only one of the five numbered boxes below (unless one bond is to be replaced by another):*

1. ☐ Personal Recognizance (*Signature Only*)
2. ☐ Unsecured Appearance Bond $ _____
3. ☑ Appearance Bond $ _150,000-_
   (a). ☑ Cash Deposit (*Amount or %*) (*Form CR-7*) _150,000-_
   (b). ☐ Affidavit of Surety Without Justification (*Form CR-4*) Signed by: _____

(c). ☐ Affidavit of Surety With Justification (*Form CR-3*) Signed by: _____

☐ With Full Deeding of Property: _____

4. ☐ Collateral Bond in the Amount of (*Cash or Negotiable Securities*): $ _____
5. ☐ Corporate Surety Bond in the Amount of: $ _____

**Release No.** _____
☑ Release to Pretrial ONLY
☐ Release to Probation ONLY
☐ Forthwith Release

☐ All Conditions of Bond (*Except Clearing-Warrants Condition*) Must be Met and Posted by: _____

☐ Third-Party Custody Affidavit (*Form CR-31*)

☑ Bail Fixed by Court: _E_ / _SP_
(*Judge / Clerk's Initials*)

## PRECONDITIONS TO RELEASE

☐ The government has requested a <u>Nebbia</u> hearing under 18 U.S.C. § 3142(g)(4).

☐ The Court has ordered a <u>Nebbia</u> hearing under § 3142 (g)(4).

☐ The <u>Nebbia</u> hearing is set for _____ at _____ ☐ a.m. ☐ p.m.

## ADDITIONAL CONDITIONS OF RELEASE

In addition to the GENERAL CONDITIONS of RELEASE, the following conditions of release are imposed upon you:

☑ Submit to: ☑ Pretrial Services Agency (PSA) supervision as directed by PSA; ☐ Probation (USPO) supervision as directed by USPO. (*The agency indicated above, PSA or USPO, will be referred to below as "Supervising Agency."*)

☑ Surrender all passports and travel documents to Supervising Agency no later than _____, sign a Declaration re Passport and Other Travel Documents (*Form CR-37*), and do not apply for a passport or other travel document during the pendency of this case.

☑ Travel is restricted to _CDC + E/D Virginia_ (Not to travel to Arlington VA or Wash. D.C.) unless prior permission is granted by Supervising Agency to travel to a specific other location. Court permission is required for international travel.

☑ Reside as approved by Supervising Agency and do not relocate without prior permission from Supervising Agency.

☐ Maintain or actively seek employment and provide proof to Supervising Agency. ☐ Employment to be approved by Supervising Agency.

☐ Maintain or begin an educational program and provide proof to Supervising Agency.

Defendant's Initials: _MM_   Date: _7/27/18_

CR-1 (02/18)   CENTRAL DISTRICT OF CALIFORNIA RELEASE ORDER AND BOND FORM   PAGE 1 OF 4

Case Name: United States of America v. __Markara Man__   Case No. __18 MJ 1694__
☑ Defendant  ☐ Material Witness

☑ Avoid all contact, directly or indirectly (including by any electronic means), with any person who is a known victim or witness in the subject investigation or prosecution, ☐ including but not limited to _____ ; ☐ except _____.

☐ Avoid all contact, directly or indirectly (including by any electronic means), with any known codefendants except in the presence of counsel. Notwithstanding this provision, you may contact the following codefendants without your counsel present: _____.

☑ Do not possess any firearms, ammunition, destructive devices, or other dangerous weapons. ☑ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not use or possess any identification, mail matter, access device, or any identification-related material other than in your own legal or true name without prior permission from Supervising Agency. ☐ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not engage in telemarketing.

☐ Do not sell, transfer, or give away any asset valued at $ _____ or more without notifying and obtaining permission from the Court, except _____.

☐ Do not engage in tax preparation for others.

☐ Do not use alcohol.

☐ Participate in the electronic remote alcohol monitoring program as directed by Supervising Agency and abide by all the rules and requirements of the program. You must pay all or part of the costs for treatment based upon your ability to pay as determined by Supervising Agency.

☑ Do not use or possess illegal drugs or state-authorized marijuana. ☑ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☑ Do not use for purposes of intoxication any controlled substance analogue as defined by federal law or street, synthetic, or designer psychoactive substance capable of impairing mental or physical functioning more than minimally, except as prescribed by a medical doctor.

☑ Submit to: ☑ drug and/or ☐ alcohol testing. If directed to do so, participate in outpatient treatment approved by Supervising Agency. You must pay all or part of the costs for testing and treatment based upon your ability to pay as determined by Supervising Agency.

☐ Participate in residential ☐ drug and/or ☐ alcohol treatment as directed by Supervising Agency. You must pay all or part of the costs of treatment based upon your ability to pay as determined by Supervising Agency. ☐ **Release to PSA only** ☐ **Release to USPO only**

☑ Submit to a mental health evaluation. If directed to do so, participate in mental health counseling and/or treatment approved by Supervising Agency. You must pay all or part of the costs based upon your ability to pay as determined by Supervising Agency.

☑ Participate in the Location Monitoring Program and abide by all of the requirements of the program, under the direction of Supervising Agency, which ☑ will or ☐ will **not** include a location monitoring bracelet. You must pay all or part of the costs of the program based upon your ability to pay as determined by Supervising Agency. You must be financially responsible for any lost or damaged equipment.

   ☐ Location monitoring only - no residential restrictions;
            -or-
   ☐ You are restricted to your residence every day:
         ☐ from _____ ☐ a.m. ☐ p.m. to _____ ☐ a.m. ☐ p.m.
         ☐ as directed by Supervising Agency;
            -or-

Defendant's Initials: __K.M.M.__  Date: __7/27/18__

Case Name: United States of America v. __Markara Man__  Case No. __18 MJ 1694__
☑ Defendant  ☐ Material Witness

☑ You are restricted to your residence at all times except for medical needs or treatment, attorney visits, court appearances, and _____, all of which must be preapproved by Supervising Agency;

☑ Release to PSA only  ☐ Release to USPO only

☑ You are placed in the third-party custody (*Form CR-31*) of __Michael Man__.

☐ Clear outstanding ☐ warrants or ☐ DMV and traffic violations and provide proof to Supervising Agency within ___ days of release from custody.

☑ Do not possess or have access to, in the home, the workplace, or any other location, any device that offers internet access except as approved by Supervising Agency. ☐ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not associate or have verbal, written, telephonic, electronic, or any other communication with any person who is less than the age of 18 except in the presence of a parent or legal guardian of the minor.

☐ Do not loiter or be found within 100 feet of any schoolyard, park, playground, arcade, or other place primarily used by children under the age of 18.

☐ Do not be employed by, affiliated with, own, control, or otherwise participate directly or indirectly in the operation of any daycare facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.

☐ Do not view or possess child pornography or child erotica. ☐ In order to determine compliance, you agree to submit to a search of your person and/or property, including computer hardware and software, by Supervising Agency in conjunction with the U.S. Marshal.

☒ Other conditions: _____
_____
_____
_____
_____

## GENERAL CONDITIONS OF RELEASE

I will appear in person in accordance with any and all directions and orders relating to my appearance in the above entitled matter as may be given or issued by the Court or any judicial officer thereof, in that Court or before any Magistrate Judge thereof, or in any other United States District Court to which I may be removed or to which the case may be transferred.

I will abide by any judgment entered in this matter by surrendering myself to serve any sentence imposed and will obey any order or direction in connection with such judgment as the Court may prescribe.

I will immediately inform my counsel of any change in my contact information, including my residence address and telephone number, so that I may be reached at all times.

I will not commit a federal, state, or local crime during the period of release.

I will not intimidate any witness, juror, or officer of the court or obstruct the criminal investigation in this case. Additionally, I will not tamper with, harass, or retaliate against any alleged witness, victim, or informant in this case. I understand that if I do so, I may be subject to further prosecution under the applicable statutes.

I will cooperate in the collection of a DNA sample under 42 U.S.C. § 14135a.

Defendant's Initials: __M.M.__  Date: __7/27/18__

Case Name: United States of America v. __Markara Man__   Case No. __18 MJ 1694__

☑ Defendant   ☐ Material Witness

## ACKNOWLEDGMENT OF DEFENDANT/MATERIAL WITNESS

As a condition of my release on this bond, pursuant to Title 18 of the United States Code, I have read or have had interpreted to me and understand the general conditions of release, the preconditions, and the additional conditions of release and agree to comply with all conditions of release imposed on me and to be bound by the provisions of Local Criminal Rule 46-6.

Furthermore, it is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which will continue in full force and effect until such time as duly exonerated.

I understand that violation of any of the general and/or additional conditions of release of this bond may result in a revocation of release, an order of detention, and a new prosecution for an additional offense which could result in a term of imprisonment and/or fine.

I further understand that if I fail to obey and perform any of the general and/or additional conditions of release of this bond, this bond may be forfeited to the United States of America. If said **forfeiture is not set aside, judgment may be summarily entered in this Court against me and each surety, jointly and severally, for the bond amount, together with interest and costs. Execution of the judgment may be issued or payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States, and any cash or real or personal property or the collateral previously posted in connection with this bond may be forfeited.**

__7/27/18__   X __[signature]__   __562-228-6490__
Date   Signature of Defendant / Material Witness   Telephone Number

__Norwalk, CA 90650__
City and State (DO NOT INCLUDE ZIP CODE)

☐ Check if interpreter is used: I have interpreted into the _____ language this entire form and have been told by the defendant that he or she understands all of it.

_____   _____
Interpreter's Signature   Date

Approved: __[signature]__   __7/27/18__
United States District Judge / Magistrate Judge   Date

If cash deposited: Receipt # __LA175110__ for $ __150,000__

(This bond may require surety agreements and affidavits pursuant to Local Criminal Rule 46.)

rec-pt # LA175110 -
$150,000

Defendant's Initials: __M.M.__ Date: __7/27/18__

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MINUTES - RULE 5/20 HEARING / DETENTION HEARING

Case No. 18-MJ-1694                              CourtSmart  Courtsmart            Date: July 27, 2018

Present: The Honorable  Charles F. Eick                                          , U.S. Magistrate Judge

_____Stacey Pierson_____        _____Kevin Reidy_____        _____
*Deputy Clerk*                  *Assistant U.S. Attorney*     *Interpreter / Language*

| USA v. MARKARA MAN | Attorney Present for Defendant: Edward Robinson |
|---|---|
| ☑ Present  ☑ Custody  ☐ Bond  ☐ Not present | ☑ Present  ☐ CJA  ☑ Retd  ☐ DFPD  ☐ Not present |

I. **PROCEEDINGS:**  ☐ IDENTITY HEARING  ☐ REMOVAL HEARING  ☐ PRELIMINARY HEARING
               ☐ RE POSSIBLE RULE 20  ☐ ARRIVAL OF PROCESS
               ☑ FURTHER PROCEEDINGS RE  Out of District Case

☐ Process  ☐ received  ☐ not received
☐ Witness(es) CST  ☐ Exhibits Marked  ☐ See separate list.
☐ Court orders that exhibits be returned to the respective counsel / party of record.  ☐ See receipt for Release of Exhibits to Counsel.
☐ Court finds defendant  ☐ to be the person  ☐ not to be the person charged in the  ☐ Indictment  ☐ Information  ☐ Complaint.
☐ Court finds  ☐ probable cause  ☐ no probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ IT IS ORDERED that the defendant return to the originating district and proceedings be terminated in this district.
☑ Defendant executed Waiver of Rights.  ☐ Process received.  ☐ Process not received.
☑ Court ORDERS defendant Held to Answer to  Eastern          District of  Virginia
☑ Bond to transfer, if bail is posted. Defendant ordered to report on or before  9/24/18 @ 10:30 a.m. in Clerk's Office
☐ Final commitment and warrant of removal to issue directing the U.S. Marshal to return the defendant to the district of origin. Date issued: _____ By: _____.
   ☐ Final commitment and warrant of removal are ordered stayed until _____.
☐ Defendant executes Rule 20 consent form and is ordered **HELD TO ANSWER** to the U.S. District Court, Central District at  ☐ Los Angeles  ☐ Riverside  ☐ Santa Ana.

II. **PROCEEDINGS: DETENTION HEARING**
☐ Government's request for detention is:  ☐ GRANTED  ☐ DENIED  ☐ WITHDRAWN  ☐ CONTINUED
☐ Counsel stipulation to bail.
☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
☐ Court **ORDERS DEFENDANT PERMANENTLY DETAINED.** See separate Detention Order.
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
☐ **Court sets bail at: $** _____  ☐ SEE ATTACHED COPY OF CR-01 BOND FORM FOR **CONDITIONS OF RELEASE.**
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
☐ Witnesses CST  ☐ Exhibits Marked  ☐ See separate list.
☐ Court orders that exhibits be returned to the respective counsel / party of record.  ☐ See Receipt for Release of Exhibits to Counsel.  ☐ Release Order Issued - Release No.: _____

☐ Court orders case continued to _____ at _____  ☐ a.m.  ☐ p.m. for _____ before Judge _____ in courtroom _____ .
☑ Other: The Court modifies bail to a $150,000 appearance bond with $150,000 cash deposit. All other conditions will remain as previously set. (See attached bond.)

                                                                I. _____ : 09
                                                               II. _____ : 02
                                                               Deputy Clerk Initials  sp

M-50 (06/10)                MINUTES - RULE 5/20 HEARING / DETENTION HEARING