FILED
CLERK, U.S. DISTRICT COURT

**2 7**

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF<br>v.<br>Markara Man<br><br>DEFENDANT(S) | 2:18-mj-01694<br><br>**AFFIDAVIT RE APPEARANCE BOND**<br>**(CASH SECURITY)** |

### AFFIDAVIT BY OWNER OF CASH SECURITY

I, _Michael Man_, on oath say that I reside at _ Roper Ave _
_Norwalk CA 90650_ and that the $ _150,000.00_ cash deposited as security on foregoing bond is owned by me and is to be returned to me at the above address upon exoneration of this bond.

I hereby subject said fund to the provisions of Local Civil Rule 65 and consent and agree that in case of default or contumacy on the part of the principal, the Court may, upon notice to me of not less than ten days, proceed summarily and render judgment against said cash security in accordance with my obligation herein and award execution thereon.

Sworn to before me, and subscribed in my presence on _July 27/2018_, by

_____, Deputy Clerk.

X _Michael Man_                           _-8367_
Signature of Owner of Cash Security       Social Security Number of Owner of Cash Security

### AFFIDAVIT BY ATTORNEY OR AUTHORIZED AGENT OF THE OWNER OF CASH SECURITY

I, _____, on oath say that I am the attorney or authorized agent of the owner of the $ _____ cash deposited as security on the foregoing bond; that the owner of said cash is _____ and his/her address is _____
_____ and that said cash is to be returned to said owner at the above address upon exoneration of this bond.

On behalf of said owner, I hereby subject said fund to the provisions of Local Civil Rule 65 and consent and agree that in case of default or contumacy on the part of the principal, the Court may, upon notice to said owner of not less than ten days, proceed summarily and render judgment against said cash security in accordance with my obligation herein and award execution thereon.

Sworn to before me, and subscribed in my presence on _____, by

_____, Deputy Clerk.

_____                 _____
Signature of Attorney or Authorized Agent  Social Security Number of Owner of Cash Security

CR-07 (10/16)           AFFIDAVIT RE APPEARANCE BOND (CASH SECURITY)